No. 12–0048/AR. U.S. v. Bobby D. James. CCA 20081163. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

Wednesday, September 28, 2011

Misc. No. 12–8002/AF. Michael P. Grafmuller, Petitioner v. Michael G. Donley, Secretary of the Air Force and the United States, Respondents. Notice is hereby given that petitions for extraordinary relief in the nature of a writ of prohibition and writ of error coram nobis were received by mail on June 28, 2011, and placed on the docket this date. On consideration thereof, said petitions and all remaining motions are denied.

No. 12–0008/AR. U.S. v. Alaa M. Ali. CCA 20080559. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2011.

No. 12–0049/AF. U.S. v. Cory J. Quinn. CCA S31747. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

Thursday, September 29, 2011

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S

HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Army Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Army for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

EFFRON, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 233–40 (C.A.A.F. 2011).

BAKER, Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in *Fosler*. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011).

No. 11–0640/AR. U.S. v. Robert L. McCullough. CCA 20090206. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 11–0671/AR. U.S. v. John E. Hatley. CCA 20090329. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted *up to and including October 12, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0064/MC. U.S. v. Andrew L. Birdwell. CCA 201100229. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 19, 2011.

